■ JAY H., Appellant, et al., Plaintiffs, v CITY OF NEW YORK et al., Respondents. [51 NYS3d 868]—Appeals having been taken to this Court by the above-named appellant from orders of the Supreme Court, Bronx County (Mary Ann Brigantti, J.), entered on or about April 7, 2015, and on or about October 14, 2015, and said appeals having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated April 13, 2017, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, J.P., Renwick, Mazzarelli, Gische and Gesmer, JJ.